DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW MORGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2517

[November 1, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 502016CF011708A, 502017CF003124A and 502016CF011832A.

Andrew Morgan, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***